UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DENNIS DONOGHUE, et al.,
                          Plaintiff(s)

                                                                23 civ 9283 (JGK)

          -against-

PRASAD GUNDUMOGULA, et al.
                          Defendant(s).
------------------------------------------------------------X

## ORDER

The Court, via order of January 12, 2024, having extended the time to respond to the

complaint to February 19, 2024,

The January 25, 2024 conference is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          January 16, 2024